Lowell BALDWIN et al., Appellants, v. G. W. WEBSTER et al., Trustees of Property of Minneapolis, St. Paul & Sault Ste. Marie Railway Company, Debtor, et al.

No. 12585.

Circuit Court of Appeals, Eighth Circuit.

April 12, 1943.

Edward Lamb, of Toledo, Ohio, for appellants.

James L. Hetland and Fordyce W. Crouch, both of Minneapolis, Minn., Douglas F. Smith and Sidley, McPherson, Austin & Burgess, all of Chicago, Ill., Oliver & Donnally, of Washington, D. C., Faegre & Benson, of Minneapaolis, Minn., Larkin, Rathbone & Perry, Davis, Polk, Wardwell, Gardiner & Reed, and White & Case, all of New York City, Kingman, Cross, Morley, Cant & Taylor, Henry S. Mitchell, G. A. Youngquist, and Stinchfield, Mackall, Crounse & Moore, all of Minneapolis, Minn., Cadwalader, Wickersham & Taft, Arthur Wiesenberger, Washington Dodge, and George M. Jaffin, all of New York City, and Brill & Maslon, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeals from United States District Court dismissed with costs, on motions of appellees.

Laconia Chappelle BURROUGHS, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 10466.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1943.

No appearance for appellant.

Harvey H. Tisinger, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before HUTCHESON and WALLER, Circuit Judges, and COX, District Judge.

PER CURIAM.

A careful examination of the record disclosing no error, the judgment is affirmed.

Oliver DUNLAP, Appellant, v. UNITED STATES of America, Appellee.

No. 9391.

Circuit Court of Appeals, Sixth Circuit.

April 21, 1943.

Hobart F. Atkins, of Knoxville, Tenn., for appellant.

J. B. Frazier, Jr., of Knoxville, Tenn., for appellee.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

The above case having been submitted on the record and briefs of counsel, and it appearing that there was no reversible error in the proceedings before the trial court, after due consideration, it is hereby ordered, adjudged, and decreed that the judgment of the district court be, and is hereby, affirmed.